to the honorable David A. Faber

holding equity court at Mercer county


patrick of the family of morgan,

(petitioner),



vs.


Lynn N. Hughes,

Kenneth Magidson,

Jennifer Lowery,

Carolyn Ferko,

David J. Bradley,

Denise Turner Roth,

James Duffy,

John F. Kerry,

Jack Lew,

"JUDGMENT IN A CRIMINAL CASE NO: 4:11CR00819-001",

"APPEARANCE BOND Case no: H-11-819-(1)",

(Respondent(s)),



in original jurisdiction

common-law and inherent equity


record no: _____

dated: _____


original bill for equitable relief

writ of sequestration

and other injunctive relief

To: clerk of the court; general common-law and inherent equity jurisdiction
601 Federal Steet, Room 2303
Bluefield, West Virginia

Parties:

petitioner: patrick of the family of morgan
c/o #09012379
McDowell Federal Correction Inst.
PO Box 1009
Welch, WV 24801

Respondent(s):

Lynn N. Hughes
c/o United States District Court
515 Rusk Street
Houston, Texas 77002

Kenneth Magidson,   c/o 1000 Louisiana, Ste 2300
Houston, Texas 77002

Jennifer Lowery,   c/o 1000 Louisiana, Ste 2300
Houston, Texas 77002

Carolyn Ferko,   c/o 1000 Louisiana, Ste 2300
Houston, Texas 77002

David J. Bradley,   c/o 515 Rusk Street
Houston, Texas 77002

James Duffy,   c/o One Columbus Circle NW
Washington, DC 20544

Denise R. Roth,   c/o 1800 F. Street NW
Washington, DC 20405

John F. Kerry,   c/o 2201 C. Street NW
Washington, DC 20520

Jack Lew,   c/o 1500 Pennsylvania Ave
Washington, DC 20220

## Table of Authorities

Holy Bible, King James Version,

maxims of law and equity

A Treatise on Suits in Chancery - Henry R. Gibson,

A Manual of Equity Jurisprudence - Josiah W. Smith,

A Practical Treatise on the Law of Trusts - Thomas Lewin,

Commentaries of Equity Jurisprudence as Administered in England and America - Joseph Story

A Treatise on Equity Jurisprudence, as Administerd in USA: adapted for all the States and to the Union of Legal and Equitable remedies under the reformed procedure - John Pomeroy

declaration of independence - seventeen hundred and seventy-six

DECLARATION - Notice, Proclamation and Affidavit of Patrick Cody: of the family of Morgan

Notice of Declaration of Trust-Estate Known As "Patrick Cody Morgan"

To the honorable Chancellor holding chancery court in Mercer county, West Virginia.

"Petitioner", patrick of the family of morgan, a man living on the land of a union member state, not an actor in the artificial state of society, never having been naturalized as a citizen of a State, nor having sworn allegiance to support any constitution, nor declaring under oath in one of the courts specified in the Act of 1802, my intention to renounce my allegiance to the supreme being known as "God;" and not within a federal territory or district.

Petitioner is the heir apparent to the estate of the deceased "thomas of the family of morgan", and beneficiary to the sovereign trust known as "we the people"; and paramount, priority claimant to all rights, title and interest in the trust-estate known as "Patrick Cody Morgan" (see exhibit-A).

Petitioner, unschooled in the art of law, and laboring in the most challenging conditions, humbly requests your honor to look to the equitable substance rather than the form while considering the premises herein.

Petitioner brings this bill in equity against Respondent(s) to enforce his equitable rights to constructive fraud, redemption, account and injunction, under the common-law and inherent equity.

page 1 of 9

### Opening Preface:

A well known author in the field of equity jurisprudence, Joseph Pomeroy, phrased "the single most profound element in all equity jurisprudence is the right to equity of redemption." Along similiar lines, Supreme Court Justice, Joseph Story, wrote in his Treatise on Equity, "historically it has been held that such a right is so innate that it could not be separated from the heir even with his contractual consent."

### Background:

In 2012, the [estate of] petitioner was tried criminally and convicted in a court of law for statutory cause of "conspiracy to commit bank fraud", and "bank fraud, aiding and abetting" (18 USC §1344, §1349 and §2) in the UNITED STATES OF AMERICA V. PATRICK CODY MORGAN, case no: 4:11CR00819-001, now closed. Petitioner did attempt on multiple occasions to procure equity of redemption on behalf of himself and others (see documents no: 62, 71, 75, 83, 112, 113, 116, 121, 126, 163, 169, 189, 190, 191, 192, 194, 195, 196, 197, 198, 213, 234, 284 and 302 in case no: 4:11CR00819-001). Though his methods were unorthodox, petitioner did attempt in good faith to achieve equity.

page 2 of 9

Premises:

Petitioner herein declares, charges and makes known his equitable rights and claims to the following: (a) the maxims and principles of law and equity known as the "unwritten law" (b) the sovereign trust known as "we the people" (declaration of independence, seventeen hundred and seventy six) (c) the trust-estates known as "Patrick Cody Morgan", "Patrick C. Morgan", "PATRICK CODY MORGAN", and "MORGAN PATRICK CODY" (see exhibit-B) (d) all assets, interests, proceeds, derivatives and property originating from/by/through case no's: H-11-819-(1) and 4:11CR00819-001 in the United States District Court for the Southern District of Texas, Houston Division (e) all assignable and subrogation interests in all creditor's claims and rights against the aforementioned trust-estates.

Petitioner charges, claims and declares that the "JUDGMENT IN A CRIMINAL CASE" no: 4:11CR00819-001 hereafter "judgment deed" in UNITED STATES OF AMERICA V. PATRICK CODY MORGAN is an equitable mortgage.

Petitioner gives notice of his claim to all rights in the "judgment deed" as a "mortgage" whereby the trust-estate of Petitioner is the Drawee and Respondent(s) is the maker, and petitioner is the surety held as collateral until satisfaction of said mortgage.

"Judgment deed" having been bundled into an investment pool, given a CUSIP number and described as a Collateralized Mortgage Obligation or "CMO"; petitioner seeks the aid of this equity court to acknowledge and affirm his equitable rights to said "judgment deed" as a mortgage.

page 3 of 9

Petitioner, in accordance with equity jurisprudence, does hereby tender to the clerk of the court a "Bond for all court costs" with this bill in equity as necessary and proper "to do equity" and perfect his interest in the "judgment deed."

Petitioner seeks the aid of the equity court to acknowledge and affirm his equitable rights and decree that said obligation of "judgment deed" is hereby settled and discharged, and petitioner as surety is exonerated from any further liability to said "judgment deed" and granted all rights of subrogation held by Respondent(s). "Equity favors the redemption of a thing held in pawn."

In acknowledgement that consideration having been tendered and ignored, yet remaining in possession of Respondent(s) (see exhibit-C), Petitioner brings his claim to enforce his equitable right of redemption upon said "judgment deed" and regain all property (collateral) held by, or under control of Respondent(s).  "Reprobata percunia liberat solventum- a tender refused releases the person paying."

"All officials...are compellable to account by the beneficiary in Chancery" - Henry Gibson.  Petitioner seeks the aid of this equity court to direct by a decree or writ of sequestration against Respondent(s) to enforce said redemption and the immediate return of all collateral and property to petitioner; and further seeks a decree directing Respondent(s) to account for all property related to "judgment deed" sold or held in the public and private.

Page 4 of 9

In as much as debtor's prison has been abolished in this country, the means used to enforce specific obligations has not. Commitment for contempt (Mittimus) is an age old method used to enforce obligations, however inequitably petitioner entered into said "judgment deed" now being enforced by commitment. Petitioner only now comes to understand the scope of his ignorance in said "judgment deed" which caused the contempt of court. In comprehension thereof, Petitioner acknowledges and confesses, freely and with humility, his error in causing the contempt and expresses his repentance to the court. "Eodem ligamine quo ligatum est dissolvitur - An obligation is dissolved by the same bond which created it."

In light of the above, petitioner resigns as trustee of the trust-estates known as"Patrick Cody Morgan", "Patrick C. Morgan", "PATRICK CODY MORGAN", and "MORGAN PATRICK CODY", along with Stacy of the family of Chapman, and requests your honorable Chancellor to appoint a receiver to manage the affairs of said trust-estates for the benefit of the beneficiaries, and purge Petitioner's contempt.

Petitioner charges, claims and asserts that, Respondent(s), under false pretenses, prayed upon the lack of knowledge of petitioner and abused their position of confidence to force petitioner to accept surety-ship for a statute violation, which is actually a mortgage (Roman pignus pledge), by holding petitioner without his consent and without consider-ation, for three days without contact from a lawyer of his choosing. "Non est lex sed sevitus, ad ea teneriquibus non consenseris - it is not law but servitude to be bound by what you have not consented to."

page 5 of 9

Petitioner, after being deprived of sleep, nutricious food, sunlight, and chained at the wrists, feet and waist for more than 8 hours, did finally relent and execute an "APPEARANCE BOND"/naked agreement (see document #33 in case no: 4:11CR00819-001) as beneficiary of the PATRICK CODY MORGAN trust-estate and "without prejudice" to his common-law and natural rights.  "Nuda pactio obligationem non parit - A naked agreement does not create an obligation."

In further evidence of constructive fraud, and with intent to enforce said obligation/naked agreement, Respondent(s) brought a statutory claim (ma'la pro'hibita) against petitioner's trust-estate, at law, under contempt, disguised under pretense of a criminal process (ma'la in'se), to illicit a "judgment deed" (mortgage), with Petitioner as the collateral (surety).  Said actions were clearly intended to (and succeeded in) depriving petitioner of his equitable rights, while securing collateral for a mortgage by using tortious threat of imprisonment under pretense of criminality, so as to give appearance of no equitable remedy available to petitioner.

"Extortio est srimen quando quis colors officii extorquest quod non est debitum" - extortion is a crime, when, by color of office, any person extorts what is not due." For misrepresentations and actions by Respondent(s) under constructive fraud, petitioner seeks the aid of the equity court for decree to relieve petitioner of all obligations in "judgment deed", and deliver up said "judgment deed" to be cancelled.

Petitioner states, asserts and claims that due to the nature of this suit and in consideration that Respondent(s) have participated, through color of office and actions at law, in trespassing upon the rights of the petitioner, by misleading and deceptive behavior under false pretenses, rising to the level of constructive fraud; petitioner seeks the aid of this equity court for a writ of injunction against Respondent(s) and their agents, enjoining them and those they have influence over, from committing any retaliatory acts against petitioner, for tendering this bill in equity.


Prayer for relief:

Petitioner prays this equity court and your honorable Chancellor consider the requests expressed by the petitioner in the foregoing Premises, and affirm by decree or other act, the relief prayed for therein and below:

That your honor decree said "judgment deed" to be extinquished and said surety to be exonerated; and that all rights of subrogation be granted to petitioner;

That by decree, and/or writ of sequestration or restitution, said "judgment deed" be redeemed and all collateral be returned to petitioner fortwith; and Respondent(s) be compelled to account;

That by decree all contempt in case no: H-11-819-(1) and 4:11CR00 819-001 and in "judgment deed" be purged and cured; and Mittimus terminated;

That your honorable Chancellor declare all lien rights accruing to petitioner by subrogation of rights held by the aforementioned trust-estates;

page 7 of 9

That the honorable Chancellor grant petitioner the writ of subpoena to require the Respondent(s) to answer this bill in full and under oath - "in a judicial proceeding, nothing is believed unless proved upon oath.

                          Respectfully Tendered,


                          *patrick of the family of morgan*
                          patrick of the family of morgan


    On this 30ᵗʰ day of january                 in the year of our lord and savior, two thousand and seventeen.


                          page 8 of 9

Affidavit to Bill

McDowell county      )
                     ) ss
West Virginia state  )

united States of America

    i; a man; patrick of the family of morgan, as petitioner, authored the foregoing bill, and herein affirm and make oath that the statements in this foregoing bill are made of my first-hand knowledge, are true and correct to the best of my knowledge, information and belief, so help me God, on this _30ᵗʰ_ day of _january_____, in the year of our lord and savior, two thousand and seventeen.

_patrick of the family of morgan_
patrick of the family of morgan

    we, the undersigned below, did witness the man known to us as patrick of the family of morgan, place his seal above on this _30ᵗʰ_ day of _january_____, in the year of our lord and savior, two thousand and seventeen.

witness one          witness two

_rodger II of the family of atwood_   _Timmy McCalpin_

_rodger II of the family of Atwood_   TiMMY MCALPiN

page 9 of 9

$26,000,000.00            Prosecution Bond and              $26,000,000.00
                          Bond for court costs

                   Instrument no: PCM-011067-6000


    We, the undersigned below, do bind ourselves, our estates, our
heirs, in the amount of $26,000,000.00, to cover all costs resulting
from the foregoing bill in equity on this _30ᵗʰ_ day of _january_
in the year of our lord and savior, two thousand and seventeen.



    _Plaintiff of the family of Morgan_          _rodger II of the family of atwood_
    petitioner                                   Guarantor

# Exhibit A

"Notice of Claim"

"Declaration,
Notice, Proclamation, Affidavit of Patrick Cody of the family of Morgan"

5 pages

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| Patrick-Cody: of the family Morgan, (Patrick-Cody: Morgan), | §§ | Civil Action No: 1:16-cv-09516 |
| vs            Plaintiff, | § | Judicial Notice |
| | § | (F.R.C.P. Evid. 201) |
| Patrick Cody Morgan, Trust-Estate, | § | |
| B. Rickard, Warden, | § | |
| Defendants | § | |

**FILED**

NOV 15 2016

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Notice of Claim

I, patrick of the family of morgan, a sovereign living man and the Grantor, of the original property/res into trust with the Texas-state, constituting those natural rights bestowed upon me by my creator, the Supreme Being known as "God," including but not limited to life, liberty and the pursuit of happiness (free will), such rights constituting an individual interest in the sovereign trust known as "we the people", does declare his intent to exercise said rights as the sole reversionary interest holder to the exclusion of "we the people", due to ex maleficio.

I, patrick, as sole reversionary interest holder to the individual Trust-Estate known as "Patrick Cody Morgan", does hereby give "notice" to the world of his intent and deed to exercise such rights and property to the exclusion of all others. Anyone attempting to hinder the exercise of such rights is tortiously interfering and trespassing on my unalienable rights as a tort-feasor.

Whoever has a prior or superior claim to said rights and property in trust with "we the people" and the Texas-state, shall provide such evidence within thirty days from the date of his "notice" or forever waive any future rights of action to said rights and property.

date: _November 10, 2016_          by: _Patrick of the family of morgan, grantor_
                                          grantor, patrick of the family of morgan

Affidavit of

"Proof of Life"

I, patrick of the family of morgan, a living man, being over the age of eighteen years, does declare that I am alive and breathing, not dead, presumed dead, civilly dead, absent or an outlaw.  I have not abandoned my natural rights including but not limited to life, liberty and the pursuit of happiness (free will), bestowed upon me by my creator, the Supreme Being known as God.

I, patrick, make priority claim to all rights, title and interest in the property held in trust by the Texas-state and the defacto State of Texas for lack of private owner, in the name of Patrick Cody Morgan.

I, patrick, have not abandoned my rights, title or interest to said property and maintain complete reversionary interest as the initial Grantor to said estate.

I, patrick, give the world notice of the above claims and allow anyone disputing said claims thirty days to provide evidence of such claim or forever waive any rights of action to the said property held in trust in the name of Patrick Cody Morgan by the Texas-state and State of Texas.

Affidavit

I, patrick, declare under the pains and penalties of perjury that the foregoing claims are true, correct to the best of my knowledge, information and belief so help me God.

*Patrick of the family of morgan*, grantor
patrick of the family of morgan
c/o 3005 Rowan Burton
Alvin, Texas

We, the witnesses below do declare the man known as patrick of the family of morgan did affix his seal above on this 4 day of November , 2016.

Witness One                                    Witness Two
*rodger II of the family of atwood*            *Leslie Jamison*
rodger II of the family of atwood              *Leslie Jamison*

Certificate of Mail

I, _patricia of the family of Morgan_ , certify that I did deliver the following "Affidavit of "Proof of Life"", "Notice of Resulting-Trustee" and "Letter of Administration" to the postmaster as agent for the recipients below on this _7th_ day of _November_ 2016.

Recipients:

_Gregg Abbot_                              Certified Mail# _7014 1820 0001 4760 4142_
_Governor of the State of Texas_
_P.O. Box 12428_
_Austin, TX. 78711-2428_

_John Kerry_                               First Class
_Secretary of State_
_2210 C Street, N.W._
_Washington, D.C. 20520_

_Secretary of State_                       First Class
_State of Texas_
_1100 Congress, Capitol Bldg, Room 1E.8_
_Austin, Texas 78701_

~~I declare~~ under the pains and penalties of perjury that the foregoing Certificate of Mailing is true and correct to the best of my knowledge, information and belief so help me God.

Date: _November 7th, 2016_                 _patricia of the family of Morgan_

1602330
04/08/2016 12:26:04 PM  Total Pages: 4  Fee: 24.00
Debbie Hollan, County Clerk - Waller County, TX

# DECLARATION

Notice, Proclamation and Affidavit of Patrick Cody: of the family Morgan

I, Patrick-Cody: Morgan, hereby proclaim and is further witnessed to ALL by these presents:

## I. Declaration

I, Patrick Cody: of the family Morgan, a living man of God, being over the age of majority, competent, sound in mind and cognizant of the importance of the matters stated herein, self defined and spoken with authority solemnly publish and proclaim the following:

I, a private American National, a non-Person[1], non-US Citzen[2] and born on the land and inhabit upon one of the union member States outside a "Federal District", and one of the Posterity, heir and beneficiary[3] of the constitutional Republic[4]; and

I maintain no active employment; hold no office nor act as trustee, principal or agent of the United States or any agency, political subdivision or administration thereof; and

I, with intent and purpose, rescind and revoke my consent as trustee, principal, surety[5] and collateral and signatures of accommodation from inception and denounce such acts forevermore; and

I demand all remedies, protections and promises undertaken by oath to uphold, protect and defend the unalienable rights of the Posterity as established by the Constitution for the United States of America; and

## II. Proof of Life

I, Patrick Cody: of the family Morgan, a living man, Affiant, being over the age of eighteen (18) years, competent to witness does state for the public record the following:

I, Patrick Cody: of the family Morgan notice; That the public record on file with the Office of the Registrar of the Texas Department of Health-Office of Vital Records (record no. 142-67-006491) shows that the entity known as Patrick Cody: of the family Morgan, BABY MORGAN took the first breath of life on (January 10, 1967); and

I, Patrick Cody: of the family Morgan notice; That as of the date of this Affidavit of Life the entity known as Patrick Cody: of the family Morgan is still alive and breathing[6]; and

I, Patrick Cody: of the family Morgan notice; Since (January 10, 1967) has not surrendered nor abandoned any claims of life nor of any and all claims of estate[7] to include but not limited to PATRICK CODY MORGAN; and

## III. Change of Name - Ecclesiastic Deed Pole

---

[1] as opposed to Person as defined by the Fourteenth Amendment and subsequent Acts.

[2] as opposed to an American State Citizen without federal jurisdiction

[3] Maxim: Equity regards the beneficiary as the real owner, Sec.57, A Treatise on suits in chancery, Henry Gibson, 1907

[4] The de jure government of the United States comprised of the States.

[5] Proverbs 11:15 "He who is guarantor for a stranger will surely suffer for it, but he who hates being a guarantor is secure".

[6] Corpus Juris Secundum - Section 16, Page 892, "Fact of Death".

[7] Cestui Que Vie Act of 1666, section I, IV

By me, the undersigned Patrick Cody: of the family Morgan of Grant Parish county, Louisiana state now or lately known as PATRICK CODY MORGAN.

I, Patrick Cody: of the family Morgan absolutely, fully and entirely renounce, relinquish and abandon the use of my said former name of PATRICK CODY MORGAN and assume adopt and determine to take and use from the date hereof the name of Patrick-Cody: Morgan in substitution entirely for my former name of PATRICK CODY MORGAN, transferring all property interest and Title to the new Patrick-Cody: Morgan.

I, Patrick Cody: of the family Morgan undertake that I shall at all times hereafter in all records, paperwork, deeds, documents and other writings, and in all actions and proceedings, as well as in all dealings (formal or otherwise) and transactions and on all occasions whatsoever use and subscribe the said name of Patrick-Cody: Morgan as my true name in substitution for my former name of PATRICK CODY MORGAN so relinquished as aforesaid to the intent that I may hereafter be known before God and to all men not by the former name of PATRICK CODY MORGAN but by Patrick-Cody: Morgan only.

I, Patrick Cody: of the family Morgan authorize and require all custodians of records at all times to designate, describe and address my personal identity by the adopted name of Patrick-Cody: Morgan and further notice that all references made within this affidavit shall be considered as Points and Authorities of Law .

IN WITNESS whereof, in my capacity as Divine Spirit, I hereunto subscribed my adopted and substituted new name of Patrick-Cody: Morgan for my said former name of PATRICK CODY MORGAN and,          I, Patrick Cody: of the family Morgan hereby make oath, with affirmation, allegiance thereto and with providence, proclaim the above and so inscribe below of my own volition, in my own hand and affix the seal of same, so help me God.

So it is SIGNED, SEALED AND DELIVERED as a Deed of my ESTATE, MORGAN, PATRICK CODY hereto:

by the above named: Patrick-Cody: Morgan

Signature: *Patrick-Cody: Morgan by POA*

formerly known as: PATRICK CODY MORGAN

Signature: *PATRICK CODY MORGAN*

Witness

Signature

William-Hugo: Mikulin
Printed Name

Katy, Texas
Location

Witness

Signature

Kenneth-Robert: Bruce
Printed Name

Katy, Texas
Location

# Exhibit B

"Notice of Declaration of Trust-Estate
Known As
"Patrick Cody Morgan""

(see document # 10 in case no: 1:16cv09516
for full trust-instrument)

and

"Voluntary General Lien" Recording Instrument #0942256,
Bossier Parish, Louisiana - 09/02/2008

Notice of Declaration of a Trust-Estate

Known As

"Patrick Cody Morgan"

By Declaration, this revocable and amendable Trust-Estate is created on this first day of the eighth month, Two thousand and sixteen [2016] C.E.

Patrick of the family of Morgan, Creator, also known as Grantor/Trustor/Settlor of this Trust-Estate, herinafter referred to as Grantor of the property referred to in this Trust-Instrument as the Trust-Estate, which is more fully set forth in the Schedule of Assets attached hereto as Addendum-A and made a part hereof.

## Merger of Trusts

By Declaration, Grantor does merge the Trust-Estates known as PATRICK C. MORGAN, created on the twenty-third day of the second month, Two thousand and ten [2010] C.E. and the Trust-Estate known as PATRICK CODY MORGAN, created on the fourth day of the ninth month, Two thousand and eight [2008] C.E. and recorded in Bossier Parish, Louisiana under file number 0942256, into this Trust-Estate known as **Patrick Cody Morgan**.

1. **Trust-Estate Name and Assumed Name:**

This Trust-Estate shall be known as **Patrick Cody Morgan**. All property registered under this Trust-Estate Name and the Assumed Names below sahll be governed by this Trust-Instrument.

This Trust-Estate shall operate under the following Assumed Names: "PATRICK CODY MORGAN", "PATRICK C. MORGAN", "PATRICK C MORGAN", "MORGAN PATRICK CODY", "MORGAN, PATRICK CODY", "MORGAN, PATRICK", "MORGAN, CODY", "CODY MORGAN", "Cody Morgan", "Patrick-Cody: Morgan", "Morgan, Patrick-Cody."

2. **Trust-Estate Purpose:**

The purpose of this Trust-Instrument is to create a Trust-Estate.

Patrick Cody Morgan, a Trust-Estate    ID# RE351019976US

# Exhibit C

"INMATE FINANCIAL PLAN "

"Notice of Tender and "Accord and Satisfaction""

"Notice of Adverse Claim,
Request for an Accounting,
Request Regarding a Statement of Account"

14 Pages

PAGE NO: 001

INMATE FINANCIAL PLAN

REGISTER NUMBER: 09012-379
INMATE NAME....: MORGAN, PATRICK CODY
FACILITY.......: MCDOWELL FCI

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL
CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL
RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S)
INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW.  I
AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS
SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT PLAN WILL AUTOMATICALLY STOP AND NO
FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY
RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT.  IN THE EVENT THAT I AM
RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY
PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE PLAN WILL NOT TERMINATE
UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY PAYROLL/DEDUCTION
CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I WISH THE PLAN TO
TERMINATE.

PAYMENT METHOD...: AMT/PCT: *$25.00*  FREQ: *QU*   ORIGIN: *TF*

START CYCLE......: *06-2016*

INMATE DECISION..: *Agreed*

OBLIGATION NUMBER: *2*  __  __  __  __    __  __    __  __

__  __  __  __  __  __    __  __    __

INMATE SIGNATURE.......: *by: petus, greater, Duny* *under duress)*   DT SIGNED: *02-16-2016*

STAFF WITNESS SIGNATURE: *R*    DT SIGNED: *02-16-2016*

*Accepted*
*2-26-2016*
*by: Petures of the family of Morg*

PAGE NO: 002

INMATE FINANCIAL PLAN

REGISTER NUMBER: 09012-379
INMATE NAME....: MORGAN, PATRICK CODY
FACILITY.......: MCDOWELL FCI

- - - - - - - - - - - FINANCIAL OBLIGATIONS OWED - - - - - - - - - - - -

| OBLG | OBLIGATION TYPE | BALANCE | PAYABLE | COJ |
|------|------------------------------|-------------|-----------|------|
| 2 | RESTITUTION FEDERAL VICTIM USDC | 25277442.00 | IMMEDIATE | FTXS |

*Accepted*
*2-26-2016*
*by: [illegible signature]*

Notice of Tender and "Accord and Satisfaction"

Respondent:                                            Date: August 10, 2016

Denise Turner Roth
Acting Administrator
U.S. General Services Administration
1800 F. Street N.W.
Washington, DC 20405

Re:   Obligation No: H-11-819-(1), UNITED STATES OF AMERICA v Patrick Cody
      Morgan,
      Obligation No: 4:11CR00819-001, UNITED STATES OF AMERICA v PATRICK
      CODY MORGAN,
      Obligation No: 09012379, MORGAN, PATRICK CODY

Dear Ms. Roth,

    The enclosed **Payment Bond #PCM-011067-5001** and **Peformance Bond #PCM-011067-5002** are hereby tendered as "Accord and Satisfaction" for the above referenced Obligation No's in the UNITED STATES DISTRICT COURT, FOR THE **SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION.**  The bonds are tendered under the following conditions:

    **Terms and Conditions:**

    (1) Acceptance of the above referenced bonds by the UNITED STATES is
        agreement to:

        (a) exoneration of all obligations in the above referenced
            **Obligation No's;**

        (b) waive all rights of action against the estates "Patrick Cody
            Morgan", "PATRICK CODY MORGAN", "MORGAN, PATRICK CODY", and
            Sureties in the above referenced **Obligation No's;**

        (c) order any Agency or Agent of the UNITED STATES holding the
            man Patrick of the family of Morgan "Patrick Morgan" in escrow
            for the above referenced **Obligation No's** to release him to his
            natural liberty;

            (i) in the event the man, Patrick Morgan is not released to
                his natural liberty, the UNITED STATES agrees to an order
                for summary judgment in favor of Patrick Morgan against the
                UNITED STATES for his immediate release.

    **Time to Respond, Type of Response, Failure to Respond:**

        (1) Respondent is given ten (10) days to accept, conditionally
            accept or refuse Obligor's tender;

        (2) Failure to respond will be treated as the UNITED STATES full
            acceptance of all the **Terms and Conditions** above.

        (3) Respondent is given twenty (20) days to rebut Affiant's
            **Affidavit of Facts,** or acquiesce to their validity.

Page 1 of 4

Affidavit of Facts:

) Affiant has not seen or been presented with any evidence that he is not in fact an American National possessing all his unalienable natural and common-law rights, and believes that none exists.

(2) Affiant has not seen or been presented with any evidence that he is not in fact the Grantor of all rights, title and interest in the Trust-Estate created on January 16, 1967 and recorded in Harris County, Texas under Registrar's File No. 725, and believes that none exists.

(3) Affiant has not seen or been presented with any evidence that he did not in fact merge the Trust-Estate known as PATRICK CODY MORGAN created on September 4, 2008 and recorded in Bossier Parish, Louisian under Registrar's File No. 0942256 and the PATRICK C. MORGAN Express Trust created on February 23, 2010 into the Trust-Estate known as Patrick Cody Morgan, and believes that none exists.

(4) Affiant has not seen or been presented with any evidence that anyone in possession of property and assets in the name of "Patrick Cody Morgan", "PATRICK CODY MORGAN", "PATRICK C. MORGAN", "MORGAN, PATRICK CODY" and Assumed Names belonging to the Patrick Cody Morgan Trust-Estate, are not in fact "Resulting Trustees" liable to the Trust-Estate for any Breach of Trust, and believes that none exists.

(5) Affiant has not seen or been presented with any evidence that Respondents are not in fact in possession of property and assets in the name of the aforementioned Trust-Estates, and as such, are "Resulting Trustees" and believes that none exists.

(6) Affiant has not seen or been presented with any evidence that Respondents are not in possession of lawful money/specie (gold and silver coin) that is able to lawfully pay a debt as opposed to discharging a debt, and believes that none exists.

(7) Affiant has not seen or been presented with any evidence that Repsondent's failure to offset/discharge/exonerate/pay all charges and claims against the aforementioned Trust-Estates is not in fact a Breach of Trust, and believes that none exists.

(8) Affiant has not seen or been presented with any evidence that Respondent's failure to release the man, Patrick of the family of Morgan being held in escrow for the aforementioned Obligatoin No's, after receipt of this "Notice of Tender and "Accord and Satisfaction"", is not in fact a Breach of Trust, and believes that none exists.

(9) Affiant has not seen or been presented with any evidence that Respondent's as "Resulting Trustees" are not required by law to effect all instructions given by the Trustee(s) of the aforementioned Trust-Estates, regarding assets and property or liabilities of the Trust-Estate, and believes that none exists.

(10) Affiant has not seen or been presented with any evidence that Respondent's failure to rebut any or all of the Facts in this Affidavit is Tacit admission of the Facts as Truth and Respondent's waiver of rebuttal in any future case or forum of the above facts, and believes that none exists.

..tions:

1) acceptance - the receipt of a thing, offered by another, with the intention of retaining it.
(2) of an offer (q.v.), a manifestation of assent (q.v.) to the terms of an offer, made by the offeree in a manner invited or required by the offer. Restatement (Second) of Contracts $ 50(1).

(2) accord and satisfaction - an agreement between two (or more) persons, one of whom has a right of action against the other, that the latter should do or give, and the former accept, something in satisfaction of the right of action. When the agreement is executed, and satisfaction has been made, it is called accord and satisfaction, and operates as a bar to the right of action. Accord, Restatement (Second) of Contracts § 281(1).

(3) exoneration - a flexible term for acquittal, release, or discharge, applied to criminal prosecutions, taxation, and civil actions.
(2) relieving an estate

(4) mailbox rule - a rule of contract providing that an acceptance becomes effective upon proper dispatch; the offeree may be certain that the process of contract formation is completed, the offeror may be bound by such proper dispatch even before possessing actual knowledge of the acceptance.

(5) tender - an offer to deliver money or specific personal property in pursuance of a contract, in such a way as to leave nothing further to be done to fulfill the obligation of the party tendering.

*Patrick of the family of Morgan, Trustee*
Patrick Cody Morgan, a Trust-Estate
care of #09012379
Federal Correction Institution
PO Box 1009
Welch, WV 24801


I, Patrick of the family of Morgan do hereby state under penalty of perjury that the foregoing "Notice of Tender and "Accord and Satisfaction"" is true to the best of my knowledge, information and belief, So Help Me God.

*Patrick of the family of Morgan*
Patrick of the family of Morgan
"I Am"

Witness One                                    Witness Two

*Rodges II of the family of Atwood*            *Timmy McAlpin*

*rodges II of the family of Atwood*            TIMMY MCALPIN

Page 3 of 4

## Certificate of Mailing

I, _Patrick of the family Morgan_ , certify on this _10_ day of _August_ ,

C.E. that the foregoing "Notice of Tender and "Accord and Satisfaction""

"Notice of Declaration of Trust-Estate Known as "Patrick Cody Morgan"",

re delivered to the postmaster as agent for the Respondents below.

espondents:

Denise Turner Roth                   Certified Mail # 7014 1820 0001 4760 3589
Acting Administrator
U.S. General Services Administration
1800 F. Street N.W.
Washington, DC 20405

Loretta Lynch                        First Class Mail
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Jennifer Lowery                      First Class Mail
United States Attorney
1000 Louisiana, Ste 2300
Houston, TX 77002

Gregg Abbot                          First Class Mail
Governor of the State of Texas
P.O. Box 12428
Austin, Tx. 78711-2428

_Patrick of the family of Morgan_
Signed

NEGOTIABLE PERFORMANCE BOND

Instrument # PCM-011067-5002

ENAL SUM ($30,000,000.00)          DATE: August 1st, 2016 C.E.

Obligation No: H-11-819-(1)          DATE: March 13, 2012

Obligation No: 4:11CR00819-001          DATE: February 25, 2013

Obligation No: 09012379          DATE: March 13, 2012

Obligation:

   We, the Principal and Surety, are firmly bound to the United States
of America (Obligee) in the above PENAL SUM.  For payment of the PENAL SUM,
we bind ourselves, our heirs, executors, administrators and successors
jointly and severally.


Conditions:

   Acceptance of this NEGOTIABLE PERFORMANCE BOND by the United States of
America, is Obligee's agreement to discharge all obligations in the above
Contract No's.

   Obligee waives all rights against Patrick Cody Morgan, PATRICK CODY
MORGAN, and Surety in the above Obligation No's and agrees to release all
property held in escrow for the above Obligation No's.

   Acceptance of this NEGOTIABLE PERFORMANCE BOND is Obligee's agreement
to a summary judgment to be issued in favor of Patrick Cody Morgan and
PATRICK CODY MORGAN for "Accord and Satisfaction" of the above Obligation No's


Witness:

   The Principal and Surety execute this NEGOTIABLE PERFORMANCE BOND and
affix their seals on the above date::

*Patrick Cody Morgan, a Trust Estate*          *Rodger Theodore Atwood II, a Trust-Estate*

Principal                              Surety

NEGOTIABLE PAYMENT BOND

Instrument # PCM-011067-5001

PENAL SUM ($30,000,000.00)              DATE: August 1st, 2016 C.E.


Obligation No: H-11-819(1)              DATE: March 13, 2012

Obligation No: 4:11CR00819-001          DATE: February 25, 2013

Obligation No: 09012379                 DATE: March 13, 2012

Obligation:

    We, the Principal and Surety, are firmly bound to the United States
of America (Obligee) in the above PENAL SUM.  For payment of the PENAL SUM,
we bind ourselves, our heirs, executors, administrators and successors
jointly and severally.


Conditions:

    Acceptance of this NEGOTIABLE PAYMENT BOND by the United States of
America, is Obligee's agreement to discharge all obligations in the above
Contract No's.

    Obligee waives all rights against Patrick Cody Morgan, PATRICK CODY
MORGAN and surety in the above Obligation No's and agrees to release all
property held in escrow as collateral for the above Obligation No's.

    Acceptance of this NEGOTIABLE PAYMENT BOND is Obligee's agreement to
a summary judgment to be issued in favor of Patrick Cody Morgan and
PATRICK CODY MORGAN for "Accord and Satisfaction" of the above Obligation No's.


Witness:

    The Principal and Surety executed this NEGOTIABLE PAYMENT BOND and
affix their seals on the above date:

_Patrick Cody Morgan, a Trust Estate_          _Rodger, Theodore Atwool, a Trust Estate_
Principal                                       Surety

## Notice of Declaration of Trust-Estate
### Known As
### Patrick Cody Morgan

te of Creation: August 1st, 2016

Trust Domicile: c/o 3005 Rowan Burton, Alvin, Texas

Trustee(s):  Patrick of the family of Morgan

Stacy of the family of Chapman

Assumed Names: "PATRICK CODY MORGAN", "PATRICK C. MORGAN", "PATRICK C MORGAN", "MORGAN PATRICK CODY", "MORGAN, PATRICK CODY", "MORGAN, PATRICK", "MORGAN, CODY", "CODY, MORGAN", "Cody Morgan", "Patrick-Cody: Morgan", "Morgan, Patrick-Cody."

Schedule of Assets:

See UCC Initial Financing Statement File # 05-0018101874

filed in the State of Texas on 08/07/2008

Trust-Instrument:

Provided upon request

Notice of Non-Response

Three (3) Day Opportunity to Cure

Respondent:                                          Date: September 3, 2016

Denise Turner Roth
Acting Administrator
U.S. General Services Administration
1800 F. Street N.W.
Washington, DC 20405

Re: "Notice of Tender and "Accord and Satisfaction""

Dear Ms. Roth,

    On August 10th, 2016 C.E. a "Notice of Tender and "Accord and Satisfaction"
were mailed to your attention via Certified Mail #7014 1820 0001 4760 3589.
As of August 21st, 2016 C.E., I have failed to receive a response.

    You are hereby granted an additional three (3) days to respond in the
event your non-response was an oversight.


                                          Sincerely,



                                          _Patrick Cody Morgan_
                                          Patrick Cody Morgan, a Trust-Estate
                                          care of #09012379
                                          Federal Correction Institution
                                          PO Box 1009
                                          Welch, WV 24801

                    Certificate of Mailing

    I, _Patrick of the family of Morgan_ , certify on this 6th day of _September_ ,
2016 C.E. that the foregoing "Notice of Non-Response Three (3) Day Opportunity
to Cure" were delivered to the postmaster as agent for the Respondents below
according to the "mailbox rule."

Denise Turner Roth                    Certified Mail # _7014 1820 0001 4760 3916_
Acting Administrator
U.S. General Services Administration
1800 F. Street N.W.
Washington, DC 20405

Loretta Lynch - First Class           Jennifer Lowery - First Class
United States Attorney General        United States Attorney
United States Department of Justice   1000 Louisiana, Ste 2300
950 Pennsylvania Avenue NW            Houston, TX 77002
Washington, DC 20530

Gregg Abbot - First Class
Governor of the State of Texas        _Patrick of the family of Morgan_
P.O. Box 12428                        signed
Austin, Tx. 78711-2428

Notice of Adverse Claim,
Request for an Accounting,
Request Regarding a Statement of Account

Respondents:                                                          October 26, 2016

U.S. Attorney          U.S. Attorney General      USDC Clerk        GSA Acting Admin
1000 Louisiana         950 Pennsylvania Ave NW    515 Rusk St.      1800 F. Street NW
Suite 2300             Washington, DC 20530       Houston, TX 77002 Wash, DC 20220
Houston, TX 77002

RE: Case No: H-11-819-(1), UNITED STATES OF AMERICA V Patrick Cody Morgan
    Case No: 4:11CR00819-001, UNITED STATES OF AMERICA V PATRICK CODY MORGAN
    Case No: 09012379, UNITED STATES OF AMERICA V MORGAN, PATRICK CODY

Dear Sir/Maam,

   Grantor, Patrick of the family of Morgan, of the Trust-Estate known as
Patrick Cody Morgan, having discharged all obligations in the above referenced
Case Numbers on or about September 3, 2016 (See Exhibit-B in Civil Action
Number 1:16-cv-09516 in United States District Court, Southern District of
West Virginia) does hereby give **Notice of Adverse Claim** to all rights, title,
and interest in the above referenced numbers, and makes a **Request for an
Accounting** of the unpaid obligations to the above Respondents.

   This **Request** includes but is not limited to the general ledger, balance
sheet, deposit ledger, withdrawal ledger, asset ledger, consolidated asset
financial report and IRS Forms 1099, 1096, W-2, W-8, W-9, 1040-V and any other
information or returns filed in connection with the above referenced case
numbers.

   Respondents are hereby granted fourteen (14) days to comply with Grantor's
**Requests** above or forever waive any future rights of action to the above
referenced case numbers and any collateral or surety securing the same.

### Statement of Accounts

        Case No: H-11-819-(1)                        $0.00 remaining balance

        Case No: 4:11CR00819-001                     $0.00 remaining balance

        Case No: 09012379                            $0.00 remaining balance

                                          *Patrick of the family of Morgan*
                                          Grantor
                                          Patrick Cody Morgan, Trust-Esta
                                          c/o #09012379
                                          PO Box 1009
                                          Welch, WV 24801

enclosures: NOTICE OF DECLARATION OF TRUST-ESTATE Known as Patrick Cody Morgan

cc: Secretary of Treasury, 1500 Pennsylvania Ave NW, Washington, DC 20220

Certificate of Mailing

I, _Patrick of the family of Morse_ , did deliver the following "Notice of Adverse Claim, Request for an Accounting, Request Regarding a Statement of Account" to the Postmaster as Agent for the Recipients below on this _27_ day of _October_ , 2016.

Recipients:

United States Attorney          Certified Mail # _7014 1820 0001 4760 4098_
1000 Louisiana, Suite 2300
Houston, Texas 77002


U.S. Attorney General          First Class
950 Pennsylvania Ave NW
Washington, DC 20530


United States District Court Clerk First Class
515 Rusk Street
Houston, Texas 77002


GSA Acting Administrator        First Class
1800 F. Street NW
Washington, DC 20220


Secretary of Treasury          First Class
1500 Pennsylvania Ave NW
Washington, DC 20220


                              _Patrick of the family of Morse_
                              Grantor

Three (3) Day Opportunity to Cure

Respondents:                                        November 17, 2016

U.S. Attorney          U.S. Attorney General    USDC Clerk        GSA Acting Admin.
1000 Louisiana         950 Pennsylvania Ave NW  515 Rusk St.      1800 F. Street NW
Suite 2300             Washington, DC 20530     Houston, TX 77002 Wash, DC 20220
Houston, TX 77002

RE: "Notice of Adverse Claim, Request for an Accounting, Request Regarding a
     Statement of Account" dated October 26, 2016

Dear Sir/Maam,

    On or about the 26th day of October, 2016 did cause to be sent to the

Respondents above a "Notice of Adverse Claim, Request for an Accounting, Request

Regarding a Statement of Account" hereafter "Notice." As of November 17, 2016

I have received no response to said "Notice."

    In the event your Non-Response was an oversight, I am hereby granting you

and additional three (3) days to provide requests in said "Notice." Failure

to respond shall be Respondents waiver to any future rights of action in the

referenced account/case numbers in said "Notice."

                                    By: Patrick of the family of morgan
                                    Grantor
                                    Patrick Cody Morgan, Trust-Estate
                                    c/o #09012379
                                    PO Box 1009
                                    Welch, WV 24801


enclosures: "Notice off Adverse Claim, Request for an Accoutning, Request
            Regarding a Statement of Account", "NOTICE OF DECLARATION OF
            TRUST ESTATE known as Patrick Cody Morgan" and "Certificate of
            Mailing"

Certificate of Mailing

I, *patrick, of the family of morgan*, certify that, prior to 5:00pm on the
*17th* day of *November*, 2016, I did deliver a true and correct
copy of the attached "*Notice of Non-Response and Three (3) Day Opportunity to Cure*",
to the Postmaster as Agent for the Recipients below:

Recipients:

U.S. Attorney                          *Certified Mail # 7014 1820 0001 4760 4371*
1000 Louisiana
Suite 2300
Houston, TX 77002

U.S. Attorney General
950 Pennsylvania Ave NW
Washington, DC 20535

USDC Clerk                             *Certified Mail # 7014 1820 0001 4760 4135*
515 Rusk St.
Houston, TX 77002

GSA Acting Administrator
1800 F. street NW
Washington, DC 20220

I declare under the pains and penalties of perjury that the foregoing is
true and correct to the best of my knowledge, information and belief, so
help me God.

*patrick of the family of morgan*
Server's name and address
C/O PO BOX 1008
*Utica, NJ 24801*