IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

**PATRICK OF THE FAMILY OF MORGAN,**

    **Plaintiff,**

v.                                                 CIVIL ACTION NO. 1:17-01208

**LYNN N. HUGHES, et al.,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

By Judgment Order entered on January 18, 2018, the court dismissed this civil action. ECF No. 26. On January 29, 2018, plaintiff filed a document he has titled a "bill of exceptions." ECF No. 28. The Judgment Order entered herein concluded plaintiff's case in this court. However, it is possible that plaintiff intended for his "bill of exceptions" to serve as a Notice of Appeal of this court's earlier orders. See United States v. Reid, No. 10-7750, 419 F. App'x 310, 310 n.1 (4th Cir. Mar. 21, 2011) (construing habeas plaintiff's "motion for a certificate of appealability, which was filed within the time limit allotted for filing a notice of appeal from the district court's order denying [the] § 2255 motion, as a timely notice of appeal."). Therefore, plaintiff has 30 days from the entry of this Order in which to inform the court if he wishes to appeal this court's rulings to the United States Court of Appeals for the Fourth Circuit and whether he wishes for his "bill of exceptions" to be construed as a Notice of Appeal.

The Clerk is directed to send copies of this Memorandum Opinion and Order to counsel of record and to plaintiff, pro se.

IT IS SO ORDERED this 30th day of January, 2018.

ENTER:

David A. Faber
Senior United States District Judge